

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00245-CV

Michael **BROWN**,
Appellant

v.

**CORPORATION SERVICE COMPANY** dba CSC-Lawyers
Incorporating Services Company dba Oak Springs Apartments,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI08686
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: July 16, 2025

DISMISSED FOR WANT OF PROSECUTION

On May 28, 2025, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On May 29, 2025, we ordered appellant to provide written proof to this court, on or before June 12, 2025, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's

fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order warned that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), 42.3(c).

To date, appellant has not responded to this court's order. Accordingly, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM